

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK/MRG/TBM
F. #2021R00053

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2021

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Destin Burks
                <u>Docket No. 21-CR-176 (AMD)</u>

Dear Judge Donnelly:

      The government respectfully requests that the Court enter the enclosed Stipulation and Order pertaining to sensitive discovery material. The government has conferred with defense counsel and the parties have stipulated and agreed to the terms of the order.

                            Respectfully submitted,

                            JACQUELYN M, KASULIS
                            Acting United States Attorney

          By:         /s/
                Saritha Komatireddy
                Matthew R. Galeotti
                Tara B. McGrath
                Assistant U.S. Attorneys
                (718) 254-7000

cc:    Clerk of Court (RRM) (by ECF)
       Ken Womble, Esq. (by ECF and E-mail)